1 | **JENNIFER L. COON**
California State Bar No. 203913
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California  92101-5008
Telephone:  (619) 234-8467
4 | Email: Jennifer_Coon@fd.org

5 | Attorneys for Defendant

6 |

7 |

8 | UNITED STATES DISTRICT COURT

9 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 | (HONORABLE NITA L. STORMES)

11 | UNITED STATES OF AMERICA,                )    CASE NO. 08MJ1848
                                            )
12 |                 Plaintiff,              )
                                            )
13 | v.                                      )
                                            )    **NOTICE OF APPEARANCE**
14 | JOSE GODINES-GOMES,                      )
                                            )
15 |                 Defendant.              )
    —————————————————————————               )
16 |

17 |          Pursuant to implementation of the CM/EMF procedures in the Southern District of

18 | California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead

19 | attorney in the above-captioned case.

20 |                                          Respectfully submitted,

21 |

22 | Dated:  June 18, 2008                     /s/ *JENNIFER L. COON*
                                              Federal Defenders of San Diego, Inc.
23 |                                          Attorneys for Defendant
                                              Jennifer_Coon@fd.org
24 |

25 |

26 |

27 |

28 |

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  June 18, 2008                               /s/ *JENNIFER L. COON*
                                                    Federal Defenders of San Diego, Inc.
                                                    225 Broadway, Suite 900
                                                    San Diego, CA  92101-5030
                                                    (619) 234-8467  (tel)
                                                    (619) 687-2666  (fax)
                                                    Jennifer_Coon@fd.org (email)